SCHLICHTER & SHONACK, LLP
KURT A. SCHLICHTER (CA SBN 172385)
EDWIN ESSAKHAR (CA SBN 287792)
2381 Rosecrans Avenue, Suite 326
El Segundo, CA 90245
Telephone: (310) 643-0111
Fax: (310) 643-1638
kas@sandsattorneys.com

Attorneys for Defendants CARMAX AUTO SUPERSTORES CALIFORNIA, LLC AND CARMAX AUTO SUPERSTORES WEST COAST, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST AMERICAN SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY; CARMAX AUTO SUPERSTORES CALIFORNIA, LLC; CARMAX AUTO SUPERSTORES WEST COAST, INC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | USDC No. 3:16-cv-05951-WHA <br> Judge: Hon. William H. Alsup <br> Complaint Filed: August 30, 2016 <br><br> **JOINT STIPULATION FOR PARTIAL DISMISSAL OF PLAINTIFF'S CLAIMS AS TO DEFENDANTS CARMAX AUTO SUPERSTORES CALIFORNIA, LLC AND CARMAX AUTO SUPERSTORES WEST COAST, INC. ONLY** |

**JOINT STIPULATION FOR PARTIAL DISMISSAL OF PLAINTIFF'S CLAIMS AS TO DEFENDANTS CARMAX AUTO SUPERSTORES CALIFORNIA, LLC AND CARMAX AUTO SUPERSTORES WEST COAST, INC. ONLY**

Plaintiff First American Specialty Insurance Company ("plaintiff") and defendants CarMax Auto Superstores California, LLC and CarMax Auto Superstores West Coast, Inc. (collectively "CarMax"), through undersigned counsel of record, hereby stipulate to dismiss the second cause of action for "strict products liability" as to defendants CarMax Auto Superstores California, LLC and CarMax Auto Superstores West Coast, Inc. only.

Plaintiff and CarMax, through undersigned counsel of record, further stipulate to dismiss any claim for negligent manufacture of the 2002 Ford F150 (VIN: 1FTRW07682KE25148) ("subject vehicle") as to defendants CarMax Auto Superstores California, LLC and CarMax Auto Superstores West Coast, Inc. only.

Now, therefore, IT IS HEREBY STIPULATED by and between all the parties to this action as follows:

1. The second cause of action in the complaint for "strict products liability" is dismissed with prejudice as to defendants CarMax Auto Superstores California, LLC and CarMax Auto Superstores West Coast, Inc. only.

2. Any claim for negligent manufacture of the subject vehicle is dismissed with prejudice as to defendants CarMax Auto Superstores California, LLC and CarMax Auto Superstores West Coast, Inc. only.

IT IS SO STIPULATED.

//

//

//

//

**JOINT STIPULATION FOR PARTIAL DISMISSAL OF PLAINTIFF'S CLAIMS AS TO DEFENDANTS CARMAX AUTO SUPERSTORES CALIFORNIA, LLC AND CARMAX AUTO SUPERSTORES WEST COAST, INC. ONLY**

| | | |
|---|---|---|
| 1 | Dated: June 27, 2017 | SCHLICHTER & SHONACK, LLP |
| 2 | | /s/ - Kurt A. Schlichter |
| 3 | | By: KURT A. SCHLICHTER |
| | | EDWIN ESSAKHAR |
| 4 | | Attorneys for Defendants CARMAX |
| | | AUTO SUPERSTORES CALIFORNIA, |
| 5 | | LLC and CARMAX ATUO |
| 6 | | SUPERSTORES WEST COAST, INC. |
| 7 | | |
| 8 | Dated: June 27, 2017 | LAW OFFICES OF EDWARD W. HESS, JR. |
| 9 | | |
| 10 | | By: EDWARD W. HESS, JR. |
| 11 | | |
| 12 | | Attorney for Plaintiff FIRST AMERICAN SPECIALTY INSURANCE COMPANY. |

3

3:16-cv-05951-WHA

**JOINT STIPULATION FOR PARTIAL DISMISSAL OF PLAINTIFF'S CLAIMS AS TO DEFENDANTS CARMAX AUTO SUPERSTORES CALIFORNIA, LLC AND CARMAX AUTO SUPERSTORES WEST COAST, INC. ONLY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY; CARMAX AUTO SUPERSTORES CALIFORNIA, LLC; CARMAX AUTO SUPERSTORES WEST COAST, INC.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | USDC No. 3:16-cv-05951-WHA<br>Judge: Hon. William ~~H~~. Alsup<br>Complaint Filed: August 30, 2016<br><br>**~~[PROPOSED]~~ ORDER PARTIALLY DISMISSING PLAINTIFF'S CLAIMS AS TO DEFENDANTS CARMAX AUTO SUPERSTORES CALIFORNIA, LLC AND CARMAX AUTO SUPERSTORES WEST COAST, INC. ONLY** |

1        3:16-cv-05951-WHA

**[~~PROPOSED~~] ORDER PARTIALLY DISMISSING PLAINTIFF'S CLAIMS AS TO DEFENDANTS CARMAX AUTO SUPERSTORES CALIFORNIA, LLC AND CARMAX AUTO SUPERSTORES WEST COAST, INC. ONLY**

ORDER

Based upon the Joint Stipulation of the parties, and good cause appearing therefore, IT IS ORDERED that:

1. The second cause of action in the complaint for "strict products liability" is dismissed with prejudice as to defendants CarMax Auto Superstores California, LLC and CarMax Auto Superstores West Coast, Inc. only.

2. Any claim for negligenvmanufacture of the 2002 Ford F150 (VIN: 1FTRW07682KE25148) ("subject vehicle") is dismissed with prejudice as to defendants CarMax Auto Superstores California, LLC and CarMax Auto Superstores West Coast, Inc. only.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 6, 2017.  _____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE