Edward W. Hess, Jr. (SBN: 81902)
LAW OFFICES OF EDWARD W. HESS, JR.
601 North Parkcenter Drive, Suite 107-108
Santa Ana, California 92705
Tel: (714) 508-1400
Fax: (714) 508-1407

Attorney for: Plaintiff First American Specialty Insurance Company

UNTIED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; CARMAX AUTO SUPERSTORES CALIFORNIA, LLC; CARMAX AUTO SUPERSTORES WEST COAST, INC. and DOES 1 – 30, Inclusive.,<br><br>Defendants. | Case No. 3:16-cv-5951-WHA<br><br>REQUEST FOR DISMISSAL OF DEFENDANT FORD MOTOR COMPANY<br><br>F.R.C.P. 41(a)(2) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff First American Specialty Insurance Company ("First American") requests that the court enter an Order of Dismissal With Prejudice as to Defendant Ford Motor Company . this request is made with reference to the following facts:

1. At court-ordered mediation First American and Ford reached a mutually agreeable settlement;

Page 1

2. The settlement between First American and Ford stipulates that First American will dismiss Ford as a Defendant with prejudice;

3. The settlement between First American and Ford was determined by this court to be in Good Faith within the meaning of California Civil Code Section 877.6(A)(1);

4. Counsel for Defendants Carmax Auto superstores California LLC and Carmax Auto Superstores West Coast, Inc. will not execute a stipulation to the dismissal of Ford.

Dated : July 24, 2017  Respectfully submitted

/s/ Edward W. Hess, Jr.
Edward W. Hess, Jr.
Attorney for Plaintiff
First American Specialty Insurance Company

Page 2

```
 1  Edward W. Hess, Jr. (SBN: 81902)
 2  LAW OFFICES OF EDWARD W. HESS, JR.
    601 North Parkcenter Drive, Suite 107-108
 3  Santa Ana, California 92705
    Tel: (714) 508-1400
 4  Fax: (714) 508-1407
 5  Attorney for: Plaintiff First American Specialty Insurance Company
 6
 7
 8                    UNTIED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10
11  FIRST AMERICAN SPECIALTY
    INSURANCE COMPANY,                  Case No. 3:16-cv-5951-WHA
12
          Plaintiff,
13                                      [PROPOSED] ORDER DISMISSING
          vs.                           DEFENDANT FORD MOTOR COMPANY
14
    FORD MOTOR COMPANY; CARMAX          F.R.C.P. 41(a)(2)
15  AUTO SUPERSTORES CALIFORNIA,
    LLC; CARMAX AUTO SUPERSTORES
16  WEST COAST, INC. and
    DOES 1 – 30, Inclusive.,
17
          Defendants.
18
19
                                   ORDER
20
21       The Request for Dismissal of Defendant Ford Motor Company submitted by
22  Plaintiff First American Specialty insurance Company has been received and
23  considered by the Court and good and legal cause appearing:
24  IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE as to
25  Defendant Ford Motor Company, only.
26                                 Page 1
27  _____
        [PROPOSED] ORDER DISMISSING DEFENDANT FORD MOTOR COMPANY
28                                             Case No. 3:16-cv-5951-WHA
29
```

SO ORDERED

Dated: July 31, 2017.



_____
Honorable William Alsup
JUDGE OF THE UNITED STATES DISTRICT COURT

Page 2

[PROPOSED] ORDER DISMISSING DEFENDANT FORD MOTOR COMPANY
Case No. 3:16-cv-5951-WHA